RAFFAELE CASCONE & CO., INC., Respondent, *v.* ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.

*Insurance — action upon contract of fire insurance — defense that insured was not the sole and unconditional owner of property.*

*Cascone & Co., Inc., v. St. Paul F. & M. Ins. Co.,* 189 App. Div. 915, affrmed.

(Argued October 20, 1921; decided November 22, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 17, 1919, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon a policy of fire insurance. The defense was that plaintiff was not the sole and unconditional owner of the property.

*Leopold Minkin* and *S. J. Rosenblum* for appellant.
*Edward J. Reilly* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.  Absent: HISCOCK, Ch. J.